# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Michael Bodine

CITATION / CASE NO. 3:10-mj-0038 CMK

## ORDER TO PAY

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
City _____ State _____ Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 11-30-10      _____
                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: Count I as amended   FINE $1,490   ASGMT. $10
CITATION / CASE NO: Count IV              FINE $65     ASGMT. $10
CITATION / CASE NO: _____        FINE _____  ASGMT. _____
CITATION / CASE NO: _____        FINE _____  ASGMT. _____

[X] **FINE TOTAL** of $ 1,555.00 and a penalty assessment of $ 20.00 within _____ days/months or payments of $ 75.00 per month, commencing 1-1-11 and due on the first of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
[X] **PROBATION** to be unsupervised / ~~supervised~~ for: 2 years
Probation to terminate upon payment in full.

PAYMENTS **must be made by CHECK or MONEY ORDER**, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~        CLERK, USDC
~~PO Box 740026~~                    ~~650 Capitol Mall, Rm 2546~~ 501 I Street
~~Atlanta, GA 30374-0026~~           Sacramento, CA 95814
1-~~800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 11-30-10      _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office                              EDCA - 03 Rev 8/97